# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| NADA BAKOS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:18-cv-00743 (RMC) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JOINT MOTION FOR BRIEFING SCHEDULE ON ATTORNEY FEES AND COSTS

Defendant and Plaintiff hereby agree and stipulate to the following briefing schedule for Plaintiffs' request for attorney fees and costs:

a. Plaintiff's motion for attorney fees and costs shall be due by no later than November 20, 2018;

b. Defendant's opposition to Plaintiff's motion for attorney fees and costs shall be due by no later than December 20, 2018;

c. Plaintiff's reply in support of her motion for attorney fees and costs shall be due by no later than January 3, 2019.

Defendant and Plaintiff also agree and stipulate that Defendant need not answer Plaintiff's Complaint (ECF No. 1) and that the Court should vacate the October 26, 2018 deadline for Defendant to answer or otherwise respond to the Complaint. *See* Oct. 11, 2018 Minute Order.

Dated: October 22, 2018        Respectfully submitted,

JOSEPH H. HUNT

1

Assistant Attorney General

ANTHONY J. COPPOLINO
Deputy Director, Federal Programs Branch

/s/ Kevin M. Snell
KEVIN M. SNELL
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel.: (202) 305-0924
Fax: (202) 616-8460
E-mail: Kevin.Snell@usdoj.gov

*Attorneys for Defendant*

/s/
_____
Bradley P. Moss, Esq.
D.C. Bar #975905
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 200
Washington, D.C. 20036
(202) 454-2809
(202) 330-5610 fax
Brad@MarkZaid.com
Mark@MarkZaid.com

Attorneys for the Plaintiffs